IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. G-03-08 |
| | § |
| LAWRENCE CHRISTOPHER MORENO | § |

**OPINION AND ORDER**

Before the Court is a Report and Recommendation from the United States Magistrate Judge which recommends that the "Motion to Eliminate Enhancements and Reduce Sentence" filed by Lawrence Christopher Moreno, be denied. No objections have been filed to the Report and Recommendation by Moreno.

The Court, upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), finds that the Report and Recommendation is a well reasoned and correct application of law to Moreno's motion and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

It is, therefore, the **ORDER** of this Court that the "Motion to Eliminate Enhancements and Reduce Sentence" (Instrument no. 54) construed by this Court to be a Motion to Supplement Moreno's pending § 2255 Motion in an effort raise a "Booker" claim is **DENIED**.

**DONE** at Galveston, Texas, this 1st day of March, 2006.

_____
Samuel B. Kent
United States District Judge